MICHAEL D. RAWLINS
Nevada Bar No. 5467
**SMITH & SHAPIRO**
3333 E. Serene Ave., Suite 130
Henderson, NV 89074
Telephone: (702) 318-5033
Facsimile: (702) 318-5034
mrawlins@smithshapiro.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAUL R. BUBOLTZ,<br><br>                     Plaintiff,<br><br>v.<br><br>RC WILLEY HOME FURNISHINGS, INC.,<br><br>                     Defendants. | Case No.:  2:20-cv-00626<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

Pursuant to LR IA 6-1, Defendants RC Willey Home Furnishings, Inc. ("Defendant") and Plaintiff, Paul R. Buboltz ("Plaintiff"), (collectively the "Parties") by and through their attorneys of record, hereby stipulate and agree to extend the deadline for Defendant to file a response to Plaintiff's Amended Opposition to Motion for Summary Judgment (Doc. 27) from September 3, 2020 to September 8, 2020.

The original Opposition to Motion for Summary Judgment was filed on August 18, 2020 and had a reply date of September 1, 2020. Plaintiff filed a request to correct its Opposition (Doc. 25) which request was granted by minute order on August 20, 2020. The amended opposition was filed on August 20, 2020, which would have made the reply date September 3, 2020.

RC Willey's counsel conferred with Plaintiff's counsel to set a firm date for the reply given the ambiguity in the correct reply date and asked for a reply date of September 8, 2020.  This was motivated

in part by counsel's plan to be out of the office for a few days the week of August 24 to take his daughter to college.

This stipulation is submitted in good faith pursuant to LR IA 6-1, this is the first stipulation for extension of deadlines.

**IT IS SO AGREED AND STIPULATED.**

Dated this 26th day of August, 2020.   Dated this 26th day of August, 2020.

**SMITH & SHAPIRO, PLLC**   **GESUND & PAILET, LLC**

By */s/ Michael D. Rawlins*
  Michael D. Rawlins
  Nevada Bar No. 5467
  3333 E. Serene Ave., Suite 130
  Henderson, NV 89074
  *Attorneys for Defendants*

By */s/ Keren E. Gesund*
  Keren E. Gesund
  Nevada Bar No. 10881
  5550 Painted Mirage Road, Suite 320
  Las Vegas, NV 89149
  *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated this  27th  day of   August  , 2020.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**SMITH & SHAPIRO, PLLC**

By */s/ Michael D. Rawlins*
  MICHAEL D. RAWLINS
  3333 E. Serene Ave., Suite 130
  Henderson, NV 89074
  Telephone: (702) 318-5033
  Facsimile: (702) 318-5034
  mrawlins@smithshapiro.com
  *Attorneys for Defendants*

2