KEREN E. GESUND, ESQ.
Nevada Bar No. 10881
RICHARD SMALL, ESQ.
Nevada Bar No. 7183
**GESUND & PAILET, LLC**
5550 Painted Mirage Rd.
Suite 320
Las Vegas, NV 89149
Tel: (702) 300-1180
Fax: (504) 265-9492
keren@gp-nola.com
richard@gp-nola.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL R BUBOLTZ;<br><br>          Plaintiff,<br><br>vs.<br><br>RC WILLEY HOME FURNISHINGS, INC.,<br>and JOHN DOES 1-10.<br>          Defendants. | Case No.: 2:20-cv-00626-APG-EJY<br><br><br>**STIPULATION AND ORDER TO STAY<br>DISCOVERY PENDING THE OUTCOME<br>OF THE PARTIES' MOTIONS FOR<br>SUMMARY JUDGMENT**<br>**(First Request)** |

Pursuant to LR IA 6-1, Defendants RC Willey Home Furnishings, Inc. ("Defendant") and Plaintiff, Paul R. Buboltz ("Plaintiff"), (collectively the "Parties") by and through their attorneys of record, hereby stipulate and agree to stay discovery pending the final determination of the parties' respective motions for summary judgment.

The parties have filed competing motions for summary judgment. On June 18, 2020, Plaintiff filed his motion for summary judgment. (Dkt. No. 15). On July 28, 2020, Defendant filed its motion for summary judgment. (Dkt. No. 22). Each side filed its respective opposition and reply. Neither side anticipates providing further briefing at this time.

Discovery closes on September 28, 2020. (Dkt. No. 12). On September 14, 2020, Defendant noticed Plaintiff's deposition for September 28, 2020. Given the procedural status of

1    the case, the parties respectfully seek to stay discovery, pending the outcome of their dispositive

2    motions, in the event the Court raises an issue of fact. At that point, the parties would request an

3    extra month of discovery. This stipulation is intended to prevent waste of time and resources. The

4    Court may enter an order staying discovery pending the determination of dispositive motions.

5          This stipulation is submitted in good faith pursuant to LR IA 6-1, this is the first stipulation

6    for extension of deadlines.

8        **IT IS SO AGREED AND STIPULATED.**

9    Dated this <u>16th</u> day of September, 2020.        Dated this <u>16th</u> day of September, 2020.

12   **SMITH & SHAPIRO, PLLC**        **GESUND & PAILET, LLC**

13   By */s/ Michael D. Rawlins*      By */s/ Keren E. Gesund*

     Michael D. Rawlins        Keren E. Gesund

14        Nevada Bar No. 5467       Nevada Bar No. 10881

     3333 E. Serene Ave., Suite 130   5550 Painted Mirage Road, Suite 320

15        Henderson, NV 89074      Las Vegas, NV 89149

     *Attorneys for Defendants*     *Attorneys for Plaintiff*

18                 **ORDER**

19       **IT IS SO ORDERED.**

21       Dated this 17th day of September, 2020.

24   _____

    UNITED STATES MAGISTRATE JUDGE

-2-